**B. O. HOWARD v. FORDSON COAL CO.**

Circuit Court of Appeals, Sixth Circuit.
June 29, 1929.

No. 5476.

Martin T. Kelly, of Pineville, Ky., for appellant.

Cleon K. Calvert and J. G. Bruce, both of Pineville, Ky., for appellee.

PER CURIAM. Docketed and dismissed pursuant to motion of counsel for appellee.

---

**Tomlinson Fort JOHNSON, Jr., Appellant, v. DUQUESNE LIGHT COMPANY, Doble Engineering Company, and Frank C. Doble, Appellees.**

Circuit Court of Appeals, Third Circuit.
September 19, 1929.

No. 4016.

For opinion below, see 29 F.(2d) 784.

Philip E. Siggers and Alva D. Adams, both of Washington, D. C. (Marshall A. Christy and Christy, Christy & Wharton, all of Pittsburgh, Pa., and Siggers & Adams, of Washington, D. C., of counsel), for appellant.

Reed, Smith, Shaw & McClay and Byrnes, Stebbins & Parmelee, all of Pittsburgh, Pa. (Geo. E. Stebbins, Lester G. Budlong and C. P. Byrnes, all of Pittsburgh, Pa., of counsel), for appellee.

Before WOOLLEY and DAVIS, Circuit Judges, and RELLSTAB, District Judge.

PER CURIAM. This suit was brought for the infringement of United States letters patent No. 1,366,078, issued to Tomlinson Fort Johnson, Jr., January 18, 1921, for a "new and useful method of locating faulty suspension-insulators on live-wire transmission-lines." The defenses are invalidity and noninfringement of the patent. Claims 6 and 8 to 11, inclusive, are in issue. The learned District Judge dismissed the bill on the grounds that: (1) The patent does not set forth a patentable invention; (2) it was anticipated; and (3) the defendant does not infringe.

The decree is affirmed, on the opinion of the District Court.

---

**J. LANDIS SHOE COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

Circuit Court of Appeals, Third Circuit.
September 4, 1929.

No. 4008.

Earle W. Wallick and Ben Jenkins, both of Washington, D. C., for petitioner.

Mabel Walker Willebrandt, Asst. Atty. Gen., Sewall Key and Andrew D. Sharpe, Sp. Asst. Attys. Gen., and C. M. Charest, Gen. Counsel, and D. V. Hunter, Sp. Asst., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge. This is an appeal from a decision of the Board of Tax Appeals. No principles of taxation of general interest are involved, and the case depends on its own particular facts growing out of the exchange of the capital stock of one company for the stock of another, and an agreement that the profit realized from the sale of the finished goods the Landis Company had on hand should be prorated and a proper share allocated to the Landis shareholders. The entire facts and all phases of the case are stated, discussed and disposed of in the opinion of the Tax Board. Finding no error, therefore, and regarding an opinion of this court as necessarily but a restatement, we limit ourselves to affirming the judgment of the Tax Board.